

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2015

No. 04-14-00879-CR

Matthew Douglas **HAYES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10842W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion to Supplement Clerk's Record is hereby GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court